The People of the State of New York, Respondent, 
against
Carmelo Garcia, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Shari Ruth Michels, J., at plea, Linda Poust Lopez, J., at sentencing), rendered April 29, 2016, convicting him, upon his plea of guilty, of unauthorized use of a vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Shari Ruth Michels, J., at plea, Linda Poust Lopez, J., at sentencing), rendered April 29, 2016, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders, and, upon an independent review of the record, agree that there is no
valid appealable issue that could be raised on appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: October 16, 2019